## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EVELYN PARHAM, *et al.*,<br>    Plaintiffs,<br>  v.<br>DISTRICT OF COLUMBIA, *et al.,*<br>    Defendants. | Civil Action No. 22-2481 (CKK) |

## ORDER
(December 27, 2022)

Upon consideration of Plaintiffs' [4] Motion for Preliminary Injunction, for the reasons set forth in the accompanying Memorandum Opinion, it is this 27th day of December, 2022 hereby

**ORDERED** that Plaintiffs' [4] Motion for Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that Defendants are **PRELIMINARILY ENJOINED** from enforcing the Clean Hands Law to deny applications to obtain or renew a driver's license. This preliminary injunction shall continue in effect unless modified or withdrawn by further order of this Court.

**SO ORDERED.**

Date: December 27, 2022.

                                         /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge